Scott N. Hunt, OSB #92343
shunt@busseandhunt.com
BUSSE & HUNT
521 American Bank Building
621 SW Morrison Street
Portland, OR 97205
Telephone: (503) 248-0504
Facsimile:  (503) 248-2131

    Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| FRANCINE FISCHER,<br><br>    Plaintiff,<br><br>  v.<br><br>MULTNOMAH COUNTY, a home rule county of the State of Oregon, FRANCES CONEDERA, individually and in her official capacity, GAYLE BURROW, individually and in her official capacity, and BARBARA TOPOR, individually and in her official capacity,<br><br>    Defendants. | Case No. 3:CV-11-542-HU<br><br>STIPULATED ORDER OF DISMISSAL WITH PREJUDICE |

    Based upon the stipulation of the parties, it is hereby

    ORDERED that this case be dismissed with prejudice and without costs to any party.

    Dated: April 9, 2012.

                                                                                                /s/ <Michael W. Mosman
                                                                                            THE HONORABLE MICHAEL W. MOSMAN

**BUSSE & HUNT**
621 SW Morrison St., Suite 521
Portland, OR  97205
Telephone: (503) 248-0504

STIPULATED ORDER OF DISMISSAL WITH PREJUDICE
Page 1

**IT IS SO STIPULATED**:

| BUSSE & HUNT | MULTNOMAH COUNTY ATTORNEY'S OFFICE |
|---|---|
| s/ Scott N. Hunt | s/ Jenny M. Morf |
| Scott N. Hunt, OSB #92343 | Jenny M. Morf, OSB #98298 |
| Of Attorneys for Plaintiff | Of Attorneys for Defendants |
| Dated: April 9, 2012 | Dated:  April 9, 2012 |

F:\USER\BARTHOLOMEW\CDRIVE\CASEFORM\11-542dismissal.wpd

**BUSSE & HUNT**
621 SW Morrison St., Suite 521
Portland, OR  97205
Telephone: (503) 248-0504

STIPULATED ORDER OF DISMISSAL WITH PREJUDICE
Page 2